UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSHUA GLENN CHELEY,<br>Defendant. | Case No. 6:25-MJ-00048-HBK-1<br>ORDER STRIKING DEFENDANT'S MOTION AS UNTIMELY<br>(Doc. 17) |

Before the Court is Defendant's Motion in Limine to Disqualify the National Park Service seeking to disqualify or otherwise preclude the Rule 180 NPS from participating in the trial of this matter. (Doc. 17). Although Defendant labels the filing a motion in limine, the Court considers the substance of the requested relief rather than the title assigned to the motion.

A motion in limine ordinarily seeks an advance ruling concerning the admissibility of identified evidence, testimony, or argument at trial. Defendant's motion instead seeks to disqualify or bar the Rule 180 NPS from participating in the trial. It is therefore a pretrial motion concerning trial participation and is subject to the Court's pretrial-motion deadline.

The Court previously ordered that all pretrial motions be filed no later than March 31, 2026. (Doc. 10). Defendant filed the present motion on August 18, 2026, well after that deadline. Defendant has not sought leave to file an untimely pretrial motion and has not established good cause for failing to raise this request by the Court-ordered deadline.

Relabeling a request to disqualify or preclude a person's trial participation as a "motion in limine" does not exempt the request from the Court's pretrial-motion deadline. Thus, the motion is untimely.

Accordingly, IT IS ORDERED:

1. Defendant's Motion in Limine to Disqualify the National Park Service (Doc. 17) is STRICKEN as untimely, without prejudice to Defendant seeking leave to file an untimely motion upon a particularized showing of good cause and compliance with any applicable local rules and scheduling orders.
2. This matter remains set for a bench trial on September 1, 2026.

Dated: August 19, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE